Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Edward & Deniece McArthur,

Debtor(s).

Case No. 13-15928-A-7

DC No. JES-2

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY and PAY REAL ESTATE COMMISSION**

Date: April 2, 2014
Time: 9:00 a.m.
Dept: A

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:**

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 08/31/2013.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are **two (2) vacant lots**

in Whitehorn, Humboldt County, CA, bearing APN's: 111-131-011 and 111-202-056.

5. The trustee has obtained an offer to purchase said assets, from Mark & Nancy Mitchell, for the sum of $26,000. Attached to the real property are property taxes in favor of Humboldt County Tax Collector, currently due in the amount of $443 (2014 tax year) and approximately $503 for delinquent property taxes (2013 tax year), which are to be paid through escrow. No lien is listed in reference to the real property on the debtors' bankruptcy petition. The debtors' did not claim an exemption.

6. The trustee has agreed to pay a 10% commission in connection with the proposed sale.

7. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

9. Trustee has reviewed the tax implications of the sale and determined that there will be no negative tax consequences from sale.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to Mark & Nancy Mitchell, subject to higher and better offer at the hearing on confirmation of said sale.

DATED: 3/1/14

JAMES E. SALVEN, Chapter 7 Trustee
Movant